```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA        :       Hon. William H. Walls
                                :
          v.                    :
                                :       Criminal No. 11-224 (WHW)
                                :
                                :       <u>CONTINUANCE ORDER</u>
REGINALD WARE

   This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant REGINALD WARE (Rubin Sinins Esq., appearing) and good cause having been shown,

   IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   (1) This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

   (2) Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

   (3) Defendant has consented to the aforementioned continuance.

   (4) The grant of a continuance will likely conserve judicial resources, and

(5) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___8___ day of May, 2011,

ORDERED that:

the trial date in this matter is continued until October 3, 2011, and that the period of time from May 4, 2011 through October 3, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Discovery will be provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure as ordered in the court's Order For Discovery and Inspection, on or before **May 27, 2011.**

2. Defendants shall file pretrial motions on or before **July 7, 2011**;

3. The Government shall respond to such motions on or before **July 29, 2011**;

4. The return date for pretrial motions shall be **September 14, 2011**; and

5. Trial shall commence on October 3, 2011 at 10:00 a.m.

_____
HON. WILLIAM H. WALLS
United States District Judge

2